UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X Case No. 17-cv-06708-JPO

JERRI CARMICINO,

                      Plaintiff,                      NOTICE OF
      -against-                                    VOLUNTARY DISMISSAL

RESURGENT CAPITAL SERVICES L.P.,

                      Defendant.
------------------------------------------------------------------------X

        Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and without costs or fees.

Dated:  New York, New York
         October 27, 2017.

/s/ *Novlette R. Kidd*
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI, PLLC
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Nkidd@fagensonpuglisi.com

                      Dated: New York, New York
                              _____2017.

                      IT IS SO ORDERED:

                      _____
                      HON. J. PAUL OETKEN
                      United States District Judge